1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DESHONE SMITH,                              No.  2:15-cv-0979 DAD P

12                 Plaintiff,

13          v.                                   ORDER

14   OFFICER SERGENT,

15                 Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.

20          Plaintiff's in forma pauperis application is incomplete.  Plaintiff has not signed his

21   application, and he has not submitted the second page of the application.  The second page of the

22   application contains a certificate portion, which must be completed by plaintiff's institution of

23   incarceration.  Plaintiff also has not filed a certified copy of his prison trust account statement for

24   the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. §

25   1915(a)(2).  The court will provide plaintiff with an opportunity to submit a completed in forma

26   pauperis application and a certified copy of his trust account statement in support of his

27   application.

28   /////

                                                  1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a signed completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court. Plaintiff shall also submit, within thirty days, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in dismissal of this action without prejudice; and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  May 22, 2015

Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
smit0979.3c+new

2