UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE SMITH,

        Plaintiff,

   v.

OFFICER SERGENT,

        Defendant.

No. 2:15-cv-0979 AC (TEMP) P

ORDER

     Plaintiff is a state prisoner proceeding pro se with this civil rights action brought pursuant to 42 U.S.C. § 1983.  On February 8, 2016, defendant Sergent filed a motion for a court order pursuant to Local Rule 151, requiring plaintiff to post security before this matter proceeds.  According to defendant Sergent, plaintiff is a vexatious litigant and is not likely to succeed on the merits of this case.  Plaintiff has not opposed or otherwise responded to the motion.

     Local Rule 230(l) requires plaintiff to file an opposition not more than twenty-one (21) days after the date of service of a motion.  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Plaintiff is reminded that Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one (21) days of
2  the date of this order, plaintiff shall file an opposition, if any, to defendant Sergent's motion for a
3  court order requiring plaintiff to post security before this matter proceeds.  Failure to file an
4  opposition will be deemed as a statement of non-opposition and shall result in a recommendation
5  that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).  Alternatively, if
6  plaintiff no longer wishes to pursue this action he may file a request to voluntarily dismiss this
7  case.

DATED: March 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE